UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LN PROFESSIONAL MANAGEMENT LLC d/b/a MEDICAL MANAGEMENT PROFESSIONALS | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL NO. 4:24-CV-514-SDJ |
| | § | |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF TEXAS | § § § § | |
| Defendant and Counter-Claimant, | § § | |
| v. | § § | |
| LN PROFESSIONAL MANAGEMENT LLC d/b/a MEDICAL MANAGEMENT PROFESSIONALS, ET AL. | § § § § | |
| Counter-Defendants. | § | |

**ORDER**

Before the Court are Defendant's Motion to Dismiss Under Federal Rules of Civil Procedure 12(B)(1) and 12(B)(6), (Dkt. #7), and Defendant's Motion to Vacate October 23, 2024 Case Management Conference and to Stay Proceedings Pending Resolution of Its Motion to Dismiss, (Dkt. #31). The Motion to Dismiss and its subsequent briefing, (Dkt. #18, #27, #34), are still under consideration. But after full consideration of Defendant's Motion to Stay, (Dkt. #31), and Plaintiff's Response (Dkt. #35), the Court concludes that the motion should be **GRANTED**.

It is therefore **ORDERED** that the Rule 16 case management conference, set for Wednesday, October 23, 2024, is **CANCELLED**.

1

It is further **ORDERED** that the Motion to Dismiss, (Dkt. #7), is set for hearing on Friday, **December 6, 2024**, at **9:00 a.m.** at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas.

It is further ordered that all discovery and any other deadlines or hearings scheduled in this matter are **STAYED** pending resolution of the Motion to Dismiss, (Dkt. #7), or until further order of the Court.

**So ORDERED and SIGNED this 17th day of October, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE